JS - 6
FILED: 3/6/12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Leoncio Gutierrez, et al.*, | CASE NO. CV 11-6617-GHK (VBKx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Wells Fargo Bank, N.A., et al.*, | |
| Defendants. | |

Pursuant to the Court's March 6, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Leoncio and Genoveva Gutierrez ("Plaintiffs") claims against Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, and Fidelity National Title Company are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: March 6, 2012

_____
GEORGE H. KING
United States District Judge